# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

AUG 31 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  m x w    DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Brandon Rojas

Defendant.

Case No. 15cr1770-H

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__ the Court has dismissed the case for unnecessary delay; or

_x_ the Court has granted the motion of the Government for dismissal, with prejudice; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or
__ a jury has been waived, and the Court has found the defendant not guilty; or

__ the jury has returned its verdict, finding the defendant not guilty;

_x_ of the offense(s) as charged in the Information:

8:1324(a)(1)(A)(ii)(v)(II)(a)(1)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 8/30/2016

Hon. Jan M. Adler
United States Magistrate Judge